**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JONATHAN CHAVEZ CACERES, | : | Civil No. 1:26-CV-02057 |
| Petitioner, | : | |
| v. | : | |
| WARDEN, PIKE COUNTY CORRECTIONAL FACILITY, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 10th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

3) An individualized bond hearing shall be held before an immigration judge as soon as possible but no later than **<u>September 24, 2026</u>**.

4) Petitioner shall file a status report by **<u>October 8, 2026</u>** to advise the court of the status of the bond hearing.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania